

## NUMBER 13-24-00432-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

NEW ERA MEDICAL
SERVICES, INC.,                                                    Appellant,

v.

CHRISTINE TUCKER,                                                  Appellee.

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on an unopposed motion to dismiss appeal. On January 22, 2025, we ordered this matter abated pending the finalization of a settlement agreement. The parties have reached a settlement agreement that disposes of all claims

in the suit that is subject of this appeal. Appellant requests that the Court dismiss the appeal without regard to the merits and that each party bear its own costs of the appeal.

Upon review of the unopposed motion to dismiss appeal, the Court is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the case is reinstated, the unopposed motion is granted, and the appeal is hereby dismissed.

In accordance with the parties' agreement, costs are hereby assessed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
20th day of March, 2025.

2